Form B5 (Official Form 5) - (Rev. 12/07)　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　2007 USBC, Central District of California

# UNITED STATES BANKRUPTCY COURT
# CENTRAL DISTRICT OF CALIFORNIA

## Involuntary Petition

| IN RE (Name of Debtor - If Individual: Last, First, Middle) | ALL OTHER NAMES used by the debtor in the last 8 years (Include married, maiden, and trade names.) |
|---|---|
| J BOND V INVESTMENTS INC | |

Last four digits of Soc. Sec. No./Complete EIN or other Tax I.D. No. (if more than one, state all.): 20-2413274

| STREET ADDRESS OF DEBTOR (No. and street, city, state, and zip code) 1791 ERRINGER ROAD STE. #202 SIMI VALLEY, CA | MAILING ADDRESS OF DEBTOR (If different from street address) |
|---|---|

| County of Residence or Principal Place of Business | ZIP CODE 93065 | | ZIP CODE |
|---|---|---|---|

LOCATION OF PRINCIPAL ASSETS OF BUSINESS DEBTOR (If different from previously listed addresses)
10550 WILSHIRE BOULEVARD #1203 LOS ANGELES CA 90024

CHAPTER OF BANKRUPTCY CODE UNDER WHICH PETITION IS FILED

[X] Chapter 7　　　　[ ] Chapter 11

### INFORMATION REGARDING DEBTOR (Check applicable boxes)

**Name of Debts** (Check one box.)
Petitioners believe:
[ ] Debts are primarily consumer debts
[X] Debts are primarily business debts

**Type of Debtor** (Form of Organization)
[ ] Individual (Includes Joint Debtor)
[X] Corporation (Includes LLC and LLP)
[ ] Partnership
[ ] Other (If debtor is not one of the above entities, check this box and state type of entity below.)

**Nature of Business** (Check one box.)
[ ] Health Care Business
[ ] Single Asset Real Estate as defined in 11 U.S.C. § 101(51)(B)
[ ] Railroad
[ ] Stockbroker
[ ] Commodity Broker
[ ] Clearing Bank
[X] Other　REAL ESTATE

### VENUE

[X] Debtor has been domiciled or has had a residence, principal place of business or principal assets in the District for 180 days immediately preceding the date of this petition or for a longer part of such 180 days than in any other District.

[ ] A bankruptcy case concerning debtor's affiliate, general partner, or partnership is pending in this District.

### FILING FEE (Check one box)

[X] Full Filing Fee attached

[ ] Petitioner is a child support creditor or its representative, and the form specified in § 304(g) of the Bankruptcy Reform Act of 1994 is attached. [If a child support creditor or its representative is a petitioner, and if the petitioner files the form specified in § 304(g) of the Bankruptcy Reform Act of 1994, no fee is required.]

### PENDING BANKRUPTCY CASE FILED BY OR AGAINST ANY PARTNER OR AFFILIATE OF THIS DEBTOR (Report information for any additional cases on attached sheets.)

| Name of Debtor | Case Number | Date |
|---|---|---|
| Relationship | District | Judge |

### ALLEGATIONS
(Check applicable boxes)

1. [X] Petitioner(s) are eligible to file this petition pursuant to 11 U.S.C. § 303(b).
2. [ ] The debtor is a person against whom an order for relief may be entered under title 11 of the United States Code.
3.a. [X] The debtor is generally not paying such debtor's debts as they become due, unless such debts are the subject of a bona fide dispute as to liability or amount;
or
b. [ ] Within 120 days preceding the filing of this petition, a custodian, other than a trustee receiver, or agent appointed or authorized to take charge of less than substantially all of the property of the debtor for the purpose of enforcing a lien against such property, was appointed or took possession.

**THIS SPACE FOR COURT USE ONLY**
9:24 am

**FILED**

**JUL - 9 2009**

CLERK U.S. BANKRUPTCY COURT
CENTRAL DISTRICT OF CALIFORNIA
BY:　　　　　　Deputy Clerk

| **Involuntary Petition** | Name of Debtor<br>J BOND V INVESTMENTS INC. |
|---|---|

### TRANSFER OF CLAIM

☐ Check this box if there has been a transfer of any claim against the debtor by or to any petitioner. Attach all documents that evidence the transfer and any statements that are required under Bankruptcy Rule 1003(a).

### REQUEST FOR RELIEF

Petitioner(s) request that an order for relief be entered against the debtor under the chapter of title 11, United States Code, specified in this petition. If any petitioner is a foreign representative appointed in a foreign proceeding, a certified copy of the order of the court granting recognition is attached.

Petitioner(s) declare under penalty of perjury that the foregoing is true and correct according to the best of their knowledge, information, and belief.

X  *(signed)* Margarita Villa
Signature of Petitioner or Representative (State Title)

MARGARITA VILLA　　　　JULY 8, 2009
Name of Petitioner　　　　Date Signed

Name & Mailing Address of Individual Signing in Representative Capacity

X _____
Signature of Attorney　　　Date

Name of Attorney Firm (If any)

Address

Telephone No.

---

X _____
Signature of Petitioner or Representative (State Title)

Name of Petitioner　　　　Date Signed

Name & Mailing Address of Individual Signing in Representative Capacity

X _____
Signature of Attorney　　　Date

Name of Attorney Firm (If any)

Address

Telephone No.

---

X _____
Signature of Petitioner or Representative (State Title)

Name of Petitioner　　　　Date Signed

Name & Mailing Address of Individual Signing in Representative Capacity

X _____
Signature of Attorney　　　Date

Name of Attorney Firm (If any)

Address

Telephone No.

### PETITIONING CREDITORS

| Name and Address of Petitioner | Nature of Claim | Amount of Claim |
|---|---|---|
| MARGARITA VILLA<br>862 DAFFODIL COURT, SIMI VALLEY CA 93063 | LOAN | $832,022.68 |
| Name and Address of Petitioner | Nature of Claim | Amount of Claim |
| Name and Address of Petitioner | Nature of Claim | Amount of Claim |

Note: If there are more than three petitioners, attach additional sheets with the statement under penalty of perjury, each petitioner's signature under the statement and the name of attorney and petitioning creditor information in the format above. | Total Amount of Petitioners' Claims

_____ Continuation Sheets attached